STATE of Iowa, Appellee,

v.

Jon L. PAYTON, Appellant.

No. 57793.

Supreme Court of Iowa.

April 16, 1975.

Lloyd H. Wolf, Fort Madison, for appellant.

Richard C. Turner, Atty. Gen., Raymond W. Sullins, Asst. Atty. Gen., and Joel J. Kamp, Deputy County Atty., for appellee.

Submitted to MOORE, C. J., and RAWLINGS, REES, UHLENHOPP and McCORMICK, JJ.

PER CURIAM:

Defendant appeals from guilty plea conviction and $300 fine for possession of a Schedule I controlled substance, to wit: marijuana, in violation of section 204.401, The Code, 1973.

By written stipulation of the parties this appeal has been submitted to the court on clerk's transcript and that of the lower court proceedings. We find no reversible error.

Affirmed.